JAP:AMC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

COREY GODDARD,

                  Defendant.

- - - - - - - - - - - - - - - - -X

M 12- 047

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C § 751(a))

EASTERN DISTRICT OF NEW YORK, SS:

      CRAIG CAINE, being duly sworn, deposes and states that he is a Deputy United States Marshal duly appointed according to law and acting as such.

      Upon information and belief, on or about December 30, 2011, within the Eastern District of New York and elsewhere, the defendant COREY GODDARD, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative.

      (Title 18, United States Code, Section 751(a)).

      The source of your deponent's information and the grounds for his belief are as follows:[1/]

---

[1/] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in part and in substance unless otherwise indicated.

2

1. On or about July 29, 2008, the defendant COREY GODDARD was sentenced by Judge Nina Gershon of the United States District Court for the Eastern District of New York to a term of 84 months' imprisonment and remanded to the custody of the Attorney General of the United States.  The defendant was sentenced in connection with a conviction for felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

2. On or about November 2, 2011, the defendant COREY GODDARD was transferred from F.C.I. Edgefield in Edgefield, South Carolina to the Brooklyn Residential Reentry Center ("BRRC").  The defendant's term of custody was scheduled to be completed on May 12, 2012.

3. On or about December 30, 2011, at approximately 6:55 p.m., the defendant COREY GODDARD walked out of the BRRC without authorization.  The defendant was scheduled to remain at the facility until May 12, 2012.

4. As of this date, the defendant COREY GODDARD has failed to return to the BRRC.

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant COREY GODDARD so that he may be dealt with according to law.

CRAIG CAINE
Deputy Marshal
U.S. Marshals Service

Sworn to before me this
   th day of January, 2012


UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK